■ DANIE ANN ABBOTOY et al., Individually and as Parents and Natural Guardians of DANIEL ABBOTOY, an Infant, Respondents, v DAVID I. KURSS, M.D., Doing Business as SUBURBAN OBSTETRICS & GYNECOLOGY, Doing Business as WOMEN'S WELLNESS CENTER OF WESTERN NEW YORK, Appellant. [864 NYS2d 378]—Motion for leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Smith, Centra, Peradotto and Green, JJ.

■ ANDREA STRAW, Appellant-Respondent, v DOLLAR GENERAL CORPORATION et al., Respondents-Appellants. [864 NYS2d 379]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Martoche, J.P., Smith, Centra, Peradotto and Green, JJ.

■ In the Matter of LEONID G. GARTH, Respondent, v BOARD OF ASSESSMENT REVIEW FOR TOWN OF RICHMOND, Appellant. [864 NYS2d 378]—Motion for leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Centra, Fahey, Peradotto and Pine, JJ.

■ RICHARD BROWN et al., Appellants, v CONCORD NURSERIES, INC., Respondent. (Appeal No. 1.) RICHARD BROWN et al., Appellants, v CONCORD NURSERIES, INC., Respondent. (Appeal No. 2.) [864 NYS2d 379]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Centra, Fahey, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID GREEN, Appellant. (Appeal No. 1.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID GREEN, Appellant, et al., Defendant. (Appeal No. 2.) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID GREEN, Defendant, and DAVE GREEN AUTO WORLD, INC., Appellant. (Appeal No. 3.) [864 NYS2d 379]—Motion for reargument denied. Present—Scudder, P.J., Hurlbutt, Centra, Fahey and Peradotto, JJ.

■ MICHELE WILLIAMS, Respondent, v REGINALD V. WILLIAMS, III, Appellant. [864 NYS2d 379]—Motion for reargument or, in the alternative, leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Centra, Fahey and Peradotto, JJ.